UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                                      Case No. 2:17-mj-17
                                                        HON. TIMOTHY P. GREELEY
ERIC HOWE AND
MICHAEL REYNOLDS,

                    Defendants.

_____/

## ORDER OF DETENTION

        Defendants appeared before the undersigned on April 21, 2017, for initial

appearances on the complaint charging defendants with possession of stolen firearms.

Counsel and pretrial services will look into the possibility of release to a third party

custodian for the purposes of treatment, and hearing will be scheduled on that matter

within a week.

        Defendants shall be detained pending further proceedings.


        IT IS SO ORDERED.


                                         /s/ Timothy P. Greeley
                                        TIMOTHY P. GREELEY
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  April 21, 2017